IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PROGRESSIVE GULF INSURANCE COMPANY, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) |
| v. | ) Civil Action No. 7:18-cv-00293 ) |
| WILLIAM BURKE, | ) By: Elizabeth K. Dillon ) United States District Judge |
| Defendant and Counter-Claimant. | ) |

**FINAL ORDER AND
DECLARATORY JUDGMENT**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion for summary judgment (Dkt. No. 18) is GRANTED and that judgment is entered in favor of plaintiff. The court hereby DECLARES that Progressive Gulf Insurance Company's policy (Virginia Boat and Personal Watercraft Policy, Policy No. 28411417) does not provide coverage for any losses, damages, or expenses arising from the insured's Vessel sinking at its dock in January 2018.

It is further ORDERED that Burke's counter-claim (Dkt. No. 11) is DISMISSED WITH PREJUDICE.

The clerk is directed to strike this case from the active docket of the court. The clerk is further directed to send copies of this order and the memorandum opinion to all counsel of record.

Entered: May 10, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge